UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY,<br><br>    Petitioner,<br><br>  v.<br><br>WILLIAM JOE SULLIVAN,<br><br>    Respondent. | Case No. 20-cv-03418-SI<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 5 |

Petitioner's request for an extension of the deadline to file his opposition to the motion to dismiss is GRANTED. Docket No. 5. Petitioner must file and serve his opposition no later than **December 24, 2020.** Respondent must file and serve his reply, if any, no later than **January 15, 2021.**

**IT IS SO ORDERED**.

Dated: December 4, 2020

_____
SUSAN ILLSTON
United States District Judge