UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY,<br>　　　　Petitioner,<br>　　v.<br>WILLIAM JOE SULLIVAN,<br>　　　　Respondent. | Case No. 20-cv-03418-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 14, 2021

_____
SUSAN ILLSTON
United States District Judge